IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MAURICIO ANTONIO REYMUNDO<br>ASHLEY MOORE REYMUNDO,<br>   Debtors | § § § | Case No. 16-32263-SWE-13<br>Chapter 13 |
| ─────────────────────────── | § | |
| ASHLEY MOORE REYMUNDO<br>v.<br>THE UNITED STATES DEPARTMENT<br>OF EDUCATION, et al. | § § § § § § § § | Chapter 7<br>Adversary No. 21-03049-SWE |

**ORDER APPROVING STIPULATION TO DISMISS
DEFENDANTS UNITED STATES DEPARTMENT OF
<u>EDUCATION AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION</u>**

This matter came to be heard upon Plaintiff's Complaint, and upon the Stipulation to

Dismiss United States Department of Education and Educational Credit Management Corporation,

between Plaintiff and United States Department of Education and Educational Credit Management Corporation, it is hereby

ORDERED, that the Stipulation is hereby APPROVED, and it is further

ORDERED, that United States Department of Education is hereby DISMISSED from this adversary proceeding.

ORDERED, that Educational Credit Management Corporation is hereby DISMISSED from this adversary proceeding.

IT IS SO ORDERED.

###END OF ORDER###

Approved:


By: /s/ John K. Turner
John K. Turner
State Bar No. 00788563
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR PLAINTIFF


By: CHAD E. MEACHAM
UNITED STATES ATTORNEY


By: /s/ Donna K. Webb
Donna K. Webb
Assistant United States Attorney State Bar No. 21024000

U.S. Attorney Office
1100 Commerce Street

Suite 300
Dallas, TX 75242
214-659-8600
Fax : 214-659-8807
Email: donna.webb@usdoj.gov

Attorneys for Defendant United States of America Department of Education

By: _____
DONALD W. COTHERN
State Bar No. 04858550
Kent, Anderson, Bush, Frost & Metcalf, P.C.
2320 Dueling Oaks Drive
Tyler, Texas 75703
(903) 579-7531
(903) 581-3701
dcothen@kabfm.net

ATTORNEYS FOR DEFENDANT
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

Suite 300
Dallas, TX 75242
214-659-8600
Fax : 214-659-8807
Email: donna.webb@usdoj.gov

Attorneys for Defendant United States of America Department of Education

By: _/s/ Donald W. Cothern_
DONALD W. COTHERN
State Bar No. 04858550
Kent, Anderson, Bush, Frost & Metcalf, P.C.
2320 Dueling Oaks Drive
Tyler, Texas 75703
(903) 579-7531
(903) 581-3701
dcothen@kabfm.net

ATTORNEYS FOR DEFENDANT
EDUCATIONAL CREDIT MANAGEMENT CORPORATION